IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAVERNE D. GEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-cv-0281-MJR |
| | ) |
| CITY OF EAST ST. LOUIS, ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

REAGAN, District Judge:

Pursuant to the parties' February 8, 2007 joint stipulation (signed by counsel for Plaintiff Gee and Defendant City), the Court hereby DISMISSES this action with prejudice, each party to bear her/its own costs.

IT IS SO ORDERED.

DATED this 9th day of February 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge